# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARIA CONCEICAO SILVA

V.

PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and RAYMOND ALCIDE PATENAUDE

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 03019 JW RS

TO:

Patenaude & Felix, APC
c/o Raymond Patenaude, Agent for Service
4545 Murphy Canyon Road, 3rd Floor
San Diego, California 92123-4363

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                            JUN 1 9 2008
CLERK                                          DATE

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

1  Fred W Schwinn, Bar No: 225575  (408) 294-6100
2  CONSUMER LAW CENTER
   12 S 1ST ST STE 1014
3  SAN JOSE, CA  95113-2403

4  Representing: Plaintiff  File No.none

United States District Court

Northern District of California

12  Silva

Case No: C08-03019-JW-RS

       Plaintiff/Petitioner

Proof of Service of:
~Please See Attached~

              vs

Patenaude & Felix, et al.

       Defendant/Respondent

Service on:

Patenaude & Felix, APC

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6664880

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |

| PLAINTIFF/PETITIONER: Silva | CASE NUMBER:<br>C08-03019-JW-RS |
|---|---|
| DEFENDANT/RESPONDENT: Patenaude & Felix, et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: ~Please See Attached~

3. a. Party served: Patenaude & Felix, APC

    b. Person Served: Vanessa Escalante - Person authorized to accept service of process

4. Address where the party was served: 4545 Murphy Canyon Road 3rd Floor
   San Diego, CA 92123

5. I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 6/23/2008     (2) at (time): 9:44 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    c. on behalf of:

    Patenaude & Felix, APC

    under:   CCP 416.10 (corporation)

7. Person who served papers
    a. Name:          Moses Acovera
    b. Address:       One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
    c. Telephone number: 415-491-0606
    d. The fee for service was: $ 69.00
    e. I am:
        (3) registered California process server.
            (i) Employee or independent contractor.
            (ii) Registration No.: 959
            (iii) County SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 6/24/2008

Moses Acovera
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6664880

## ~Attached List~

**Summons**

**Complaint**

**Order Setting Initial Case Management Conference**

**Standing Order Regarding Case Management in Civil Cases**

**Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement**

**Consent to Proceed Before a United States Magistrate Judge**

**ADR Packet Information**

BY FAX

# ONE LEGAL LLC
## CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6664880 | Date: | 6/23/2008 |
|---|---|---|---|

Customer CONSUMER LAW CENTER
Customer No. 0055054
Address 12 S 1ST ST STE 1014
SAN JOSE, CA  95113-2403

Attorney Fred W Schwinn
Attorney e-mail fred.schwinn@sjconsumerlaw.com
Contact Fred W Schwinn
Contact e-mail fred.schwinn@sjconsumerlaw.com
Contact Phone (408) 294-6100 Ext 111
Contact Fax (408) 294-6190
Law Firm File Number none

**Case Information:**
Case Number C08-03019-JW-RS
County SANTA CLARA
Court Northern District of California
Case Short Title Silva vs. Patenaude & Felix, et al.

**Documents Received:**   No. Docs: 7   No. Pgs: 72
~Please See Attached~

Party to Serve: Patenaude & Felix, APC       Service address: 4545 Murphy Canyon Road 3rd Floor

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
|  | Remote Area | 25.00 |
|  | Check No. | Total: 69.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.