# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

(E-FILING stamp)

MARIA CONCEICAO SILVA



V.

PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and RAYMOND ALCIDE PATENAUDE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08 03019 JW RS

TO:

Raymond Alcide Patenaude
Patenaude & Felix, APC
4545 Murphy Canyon Road, 3rd Floor
San Diego, California 92123-4363

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                    JUN 1 9 2008
_____                       _____
CLERK                                                 DATE

_(signature)_
(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Fred W Schwinn, 225575 <br> CONSUMER LAW CENTER <br> 12 S 1ST ST STE 1014 <br> SAN JOSE, CA 95113-2403 <br> TELEPHONE NO.: (408) 294-6100 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 280 S. First St. #2112 <br> San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Silva <br> DEFENDANT/RESPONDENT: Patenaude & Felix, et al. | CASE NUMBER: <br> C08-03019-JW-RS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: ~Please See Attached List~

3. a. Party served: Raymond Alcide Patenaude

   b. Person Served: party in item 3a

4. Address where the party was served: 4545 Murphy Canyon Road 3rd Floor
   San Diego, CA 92123

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 6/25/2008   (2) at (time): 11:24 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers
   a. Name:
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 97.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.:
         (iii) County

**BY FAX**

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 6/25/2008

_____         _____
(NAME OF PERSON WHO SERVED PAPERS)         (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6664879

~Attached List~

Summons

Complaint

Order Setting Initial Case Management Conference

Standing Order Regarding Case Management in Civil Cases

Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement

Consent to Proceed Before a United States Magistrate Judge

ADR Packet Information

BY FAX

# ONE LEGAL LLC



CONFIRMATION For **Service of Process**

| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6664879 | Date: | 6/25/2008 |
|---|---|---|---|

Customer CONSUMER LAW CENTER
Customer No. 0055054
Address 12 S 1ST ST STE 1014
SAN JOSE, CA  95113-2403

Attorney Fred W Schwinn
Attorney e-mail fred.schwinn@sjconsumerlaw.com
Contact Fred W Schwinn
Contact e-mail fred.schwinn@sjconsumerlaw.com
Contact Phone (408) 294-6100 Ext 111
Contact Fax (408) 294-6190
Law Firm File Number none

**Case Information:**

Case Number C08-03019-JW-RS
County SANTA CLARA
Court Northern District of California
Case Short Title Silva vs. Patenaude & Felix, et al.

**Documents Received:**   No. Docs: 7   No. Pgs: 72

~Please See Attached List~

Party to Serve: Raymond Alcide Patenaude        Service address: 4545 Murphy Canyon Road 3rd Floor

**This is a Confirmation Only.  Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
|  | Remote Area | 25.00 |
|  | Declaration of Diligence | 10.00 |
|  | Copies | 18.00 |
|  | Check No. | Total:  97.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.