Clerk's Use Only

Initial for fee pd.:

O. Randolph Bragg
Horwitz, Horwitz & Assoc.
25 E Washington St., Ste 900
Chicago, IL 60602
(312) 372-8822 (312) 372-1673 FAX

FILED
AUG 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Maria Conceicao Silva, et al.

                    Plaintiff(s),

          v.

Patenaude & Flix and Raymond A. Patenaude, et al.

                  Defendant(s).

CASE NO. 5:08-cv-03019-JW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, O. Randolph Bragg, an active member in good standing of the bar of Illinois Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, Maria Silva in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Fred Schwinn, 12 S 1st St., Ste 1014, San Jose, Ca. 95113-2418.
(408) 294-6100, (408) 294-6190 FAX

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2008