RECEIVED

AUG 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

Maria C. Silva, et al.

CASE NO.  **5:08-cv-03019-JW**

Plaintiff(s),

v.

Patenaude & Flix and Raymond A.
Patenaude, et al.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Defendant(s).                              /

O. Randolph Bragg _____ , an active member in good standing of the bar of

Illinois Supreme Court _____ whose business address and telephone number

(particular court to which applicant is admitted)

is

Horwitz, Horwitz & Associates, 25 E Washington St., Ste 900, Chicago, IL 60602, (312)372-8822,

          O. Randolph Bragg

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff Maria Silva.

          IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: 07-31-2008

_____

United States District      Judge

UNITED STATES DISTRICT COURT
For the Northern District of California