**RECEIVED**

AUG 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CC:
O.R. Bragg

UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT
## Northern District of California

Maria C. Silva, et al.

                Plaintiff(s),

v.

Patenaude & Flix and Raymond A. Patenaude, et al.

                Defendant(s).
_____/

CASE NO. 5:08-cv-03019-JW

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

O. Randolph Bragg, an active member in good standing of the bar of Illinois Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

Horwitz, Horwitz & Associates, 25 E Washington St., Ste 900, Chicago, IL 60602, (312)372-8822,
    O. Randolph Bragg,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Maria Silva.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: AUGUST 7, 2008

                                                _/s/ James Ware_____
                                                United States District Judge