Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983) (Pro Hac Vice)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
MARIA CONCEICAO SILVA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MARIA CONCEICAO SILVA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPRATION, a California corporation, RAYMON ALCIDE PATENAUDE, individually and in his official capacity,<br><br>Defendants. | Case No. C08-03019-JW-RS<br><br>**DECLARATION OF O. RANDOLPH BRAGG IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** |

I, O. Randolph Bragg, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am one of the attorneys representing Plaintiff, MARIA CONCEICAO SILVA (hereinafter referred to as "SILVA") in this matter.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I am a member in good standing of the bars of the following courts:

Supreme Court of the United States
Washington, D.C.
August 7, 1992

Supreme Court of Appeals of West Virginia – inactive
Charleston, West Virginia
May 22, 1973

Supreme Court of Pennsylvania – inactive
Harrisburg, Pennsylvania
May 20, 1974

Supreme Court of the State of Delaware – inactive
Wilmington and Dover, Delaware
January 23, 1987

Supreme Court of Illinois
Chicago, Illinois
July 5, 1994

U.S. Court of Appeals for the Second Circuit
New York, New York
November 6, 1986

U.S. Court of Appeals of the Third Circuit
Philadelphia, Pennsylvania
February 21, 1979

U.S. Court of Appeals for the Fourth Circuit
Richmond, Virginia
February 7, 1986

U.S. Court of Appeals for the Fifth Circuit
New Orleans, Louisiana
July 23, 1999

U.S. Court of Appeals for the Sixth Circuit
Cincinnati, Ohio
December 26, 1991

U.S. Court of Appeals for the Seventh Circuit
Chicago, Illinois
April 15, 1994

U.S. Court of Appeals for the Eighth Circuit
St. Louis, Missouri
September 21, 1998

U.S. Court of Appeals for the Ninth Circuit
San Francisco, California
March 14, 1997

U.S. Court of Appeals for the Tenth Circuit
Denver, Colorado
May 22, 1997

U.S. Court of Appeals for the Eleventh Circuit
Atlanta, Georgia
August 24, 1988

U.S. District Court for the Southern District of West Virginia
Charleston, West Virginia
May 22, 1973

U.S. District Court for the Middle District of Pennsylvania
Scranton, Pennsylvania
July 12, 1974

U.S. District Court for the Eastern District of Pennsylvania
Philadelphia, Pennsylvania
June 25, 1982

U.S. District Court for the District of Delaware
Wilmington, Delaware
January 30, 1987

U.S. District Court for the Western District of New York
Rochester, New York
October 5, 1987

U.S. District Court for the Northern District of New York
Utica, New York
December 15, 1989

U.S. District Court for the Northern District of Illinois
Chicago, Illinois
May 10, 1994

U.S. District Court for the Central District of Illinois
Peoria, Illinois
April 29, 1996

U.S. District Court for the District of Arizona – inactive
Phoenix, Arizona
January 11, 1996

U.S. District Court for the Western District of Michigan
Grand Rapids, Michigan
June 7, 1996

U.S. District Court for the Eastern District of Michigan
Detroit Michigan
December, 1997

U.S. District Court for the Western District of Wisconsin
Madison, Wisconsin
December 21, 1998

U.S. District Court for the Eastern District of Wisconsin
Milwaukee, Wisconsin
July 12, 2000

U.S. District Court for the Northern District of Texas
Dallas, Texas
August 28, 2000

U.S. District Court for the District of Colorado
Denver, Colorado
December 9, 2002

U.S. District Court for the Northern District of Indiana
South Bend, Indiana
July 13, 2005

U.S. District Court for the Southern District of Illinois
Benton, Illinois
July 30, 2007

U.S. District Court for the District of Nebraska
Omaha, Nebraska
June 3, 2008

**EDUCATION AND EXPERIENCE**

4. I graduated from the West Virginia University College of Law on May 20, 1973. From May 1973 until August 1985, I was employed by Legal Services Corporation-funded programs in West Virginia and Pennsylvania. From August 1985 until October 1993, I served as a Litigation Coordinator with the UAW Legal Services Plan. From April 1, 1994 through August 30, 1995, I was associated with the law firm of Edelman & Combs in Chicago, Illinois.

5. On September 15, 1995, I opened my law office, as a solo practice limited to the representation of persons in consumer rights litigation, both individual and class cases.

6. On February 1, 1997, I merged my practice with Horwitz, Horwitz and Associates and continue to limit my practice to the representation of individuals in consumer issues, primarily Fair Debt Collection Practices Act claims on a class action basis.

7. Since 1989 I have been contributing author to National Consumer Law Center's Fair Debt Collection (6th ed. 2008) as well as previous editions and annual supplements; and also write Chapter 5, "Fair Debt Collection Practices Act," Ohio Consumer Law (1995 ed. - 2009 ed.). "Fair Debt Collection: The Need For Private Enforcement", published at Loyola Consumer Law Reporter, Volume 7, Number 3, Page 89 (Spring 1995), was written by myself and Daniel A. Edelman.

8. I was a member of the Board of Directors of National Association of Consumer Advocates from October 1996 through October 2000. I participate as one of the Consumer Advocate Advisers to Consumer Financial Services Law Report, published by LRP Publications. I was named National Association of Consumer Advocates 2006 Consumer Lawyer.

9. I have lectured to professional groups on consumer law issues including:

| | | |
|---|---|---|
| February 27-28, 2009 | Fair Debt Collection Practices Act<br>National Consumer Law Center | San Diego, CA |
| October 24, 2008 | Co-counseling Consumer Class Actions<br>National Consumer Law Center | Portland, OR |

| | | |
|---|---|---|
| March 27-29, 2008 | Fair Debt Collection Practices Act<br>National Consumer Law Center | Nashville, TN |
| March 23-25, 2007 | Fair Debt Collection Practices Act<br>National Consumer Law Center | Tucson, AZ |
| February 25-26, 2006 | Fair Debt Collection Practices Act<br>National Consumer Law Center | Austin, TX |
| March 13-14, 2005 | Fair Debt Collection Practices Act<br>National Assoc. of Consumer Advocates | Crystal City, VA |
| July 29, 2004 | Fair Debt Collection Practices Act<br>Student Legal Services | Chicago, IL |
| April 23, 2004 | Montana Consumer Law Summit | Missoula, MT |
| February 21-22, 2004 | Fair Debt Collection Practices Act<br>National Consumer Law Center | Kansas City, MO |
| October 28, 2002 | Class Action Symposium<br>National Consumer Law Center | Atlanta, GA |
| November 6, 2001 | North American Collection Agency Regulatory Association | Denver, CO |
| 1992 – 2000 | Fair Debt Collection Practices Act<br>National Consumer Rights Litigation Conference | Various locations |
| April and May, 2000 | Consumer Financial Services Litigation<br>Practicing Law Institute | New York, NY<br>San Francisco, CA |
| November 10, 2000 | Fair Credit Reporting Act<br>Fair Debt Collection Practices Act<br>Michigan Poverty Law Program | Lansing, MI |
| September 19, 1997 | Fair Debt Collection Practices Act<br>Michigan State Bar | Detroit, MI |
| September 20, 1996<br>October 8, 1999<br>October 11, 2001 | Fair Debt Collection Practices Act<br>Chicago Bar Association | Chicago, IL |
| June 7, 1996 | Fair Debt Collection Practices Act<br>Kansas City Metro. Bar Association | Overland Park, KS |

/ / /

/ / /

/ / /

10. I have been involved in numerous consumer cases including:

**COURTS OF APPEALS:**

Imperial Merchant Services, Inc. v. Hunt, 580 F.3d 893 (9th Cir. 2009) (debt collector may recover check fee or interest on dishonored check, not both); Imperial Merchant Services, Inc. v. Hunt, 47 Cal.4th 381, 212 P.3d 736 (Cal. 2009), Hunt v. Imperial Merchant Services, Inc., 560 F.3d 1137 (9th Cir. 2009) (shift class notice costs); McKinney v. Cadleway Properties, Inc., 548 F.3d 496 (7th Cir. 2008); Camacho v. Bridgeport Financial, Inc., 523 F.3d 973 (9th Cir. 2008) (attorneys fees); del Campo v. Kennedy, 517 F.3d 1070 (9th Cir. 2008); Johnson v. Credit Int'l, 257 Fed. Appx. 8 (9th Cir., Nov. 8, 2007); Rosario v. American Corrective Counseling Services, Inc., 506 F.3d 1039 (11th Cir. 2007); Gillespie v. Equifax Information Services, L.L.C., 484 F.3d 938 (7th Cir. 2007); Defenbaugh v. JBC & Assocs. PC, 2006 U.S. App. LEXIS 19930 (9th Cir., July 24, 2006) (Not for Publication); Camacho v. Bridgeport Financial, Inc., 430 F.3d 1078 (9th Cir. 2005) (§1692g(a)(3) dispute of the debt need not be "in writing"); Carroll v. United Compucred Collections, Inc., 399 F.3d 620 (6th Cir. 2005) (class certification); Silvernail v. County of Kent, 385 F.3d 601 (6th Cir. 2004); Irwin v. Mascott, 370 F.3d 924 (9th Cir. 2004); Liles v. American Corrective Counseling Services, 350 F.3d 742 (8th Cir. 2003); Carmichael v. Payment Ctr., Inc., 336 F.3d 636 (7th Cir. 2003); Renick v. Dun & Bradstreet Receivable MgmtServs., 290 F.3d. 1055 (9th Cir. 2002); Romine v. Diversified Collection Services, Inc., 155 F.3d 1142 (9th Cir. 1998); Ladick v. Van Gement, 146 F.3d 1205 (10th Cir. 1998), *cert. den.* 119 S.Ct. 511 (1998); Zagorski v. Midwest Billing Services, Inc., 128 F.3d 1164 (7th Cir. 1997); Bartlett v. Heibl, 128 F.3d 497 (7th Cir. 1997); Tolentino v. Friedman, 46 F.3d 645 (7th Cir. 1995); Wright v. Finance Service of Norwalk, Inc., 22 F.3d 647 (6th Cir. 1994); Dutton v. Wolpoff and Abramson, 5 F.3d 649 (3d Cir. 1993); Hollis v. Roberts, 984 F.2d 1159 (11th Cir. 1993); Carroll v. Wolpoff & Abramson, 961 F.2d 459 (4th Cir. 1992); Graziano v. Harrison, 950 F.2d 107 (3d Cir. 1991); Miller v. Payco- General

*American Credits, Inc.,* 943 F.2d 482 (4th Cir. 1991); Anderson v. White, 885 F.2d 985 (3d Cir. 1989); *Pipiles v. Credit Bureau, Inc.,* 886 F.2d 22 (2d Cir. 1989); *Emanuel v. American Credit Exchange,* 870 F.2d 805 (2d Cir. 1989); *David v. City of Scranton,* 633 F.2d 676 (3d Cir. 1980);

**U.S. DISTRICT COURTS:** (Past Five Years)

*Hamilton v. Am. Corrective Counseling Servs.*, 2009 U.S. Dist. LEXIS 91033(N.D.Ind., Sept. 30, 2009) (summary judgment); *Bretana v. Int'l Collection Corp.*, 2009 U.S. Dist. LEXIS 91373 (N.D.Cal., Sept. 29, 2009) (summary judgment); *Drossin v. National Action Financial Services, Inc.*, --- F.Supp.2d ----, 2009 WL 2460895, 2009 U.S. Dist. LEXIS 70494 (S.D.Fla., Aug, 7, 2009) (summary judgment); *Acik v. I.C. System, Inc.*, --- F.Supp.2d ----, 2009 WL 2431509, 2009 U.S. Dist. LEXIS 70191 (N.D.Ill., Aug. 6, 2009) (summary judgment); *Bogner v. Masari Investments, LLC*, 257 F.R.D. 529 (D.Ariz. 2009) (class certified); *Bogner v. Masari Invs., LLC*, 2009 U.S. Dist. LEXIS 45311 (D.Ariz., May 19, 2009) (denied motion to strike offer of judgment); *Shapiro v. United Recovery Service, L.L.C.*, 2009 WL 1313194 (N.D.Ill., May 12, 2009) ("assumed to be valid"); *del Campo v. American Corrective Counseling Serv.*, 2009 WL 656282 (N.D.Cal., Mar. 12, 2009) (non-debtor bky stay denied); *Anchondo v. Anderson, Crenshaw & Associates, L.L.C.*, 256 F.R.D. 661 (D.N.M. 2009) (discovery); *Drossin v. National Action Financial Services, Inc.*, 255 F.R.D. 608 (S.D.Fla. 2009) (class certified); *Williamson v. Unifund CCR Partners*, 2009 WL 187702 (D.Neb., Jan, 23, 2009); *Brown v. Jungers*, 2009 WL 159700 (D.Neb., Jan. 22, 2009); *Palmer v. Stassinos*, 2009 WL 86705, 2009 U.S. Dist. LEXIS 4265 (N.D.Cal., Jan. 9, 2009) (summary judgment and class certification); *del Campo v. Am. Corrective Counseling Servs., Inc.*, 254 F.R.D. 585 (N.D.Cal. 2008) (class certification); *Palmer v. Far West Collection Services, Inc.*, 2008 WL 5397140 (N.D.Cal., Dec. 18, 2008) (attorneys fees); *Bretana v. International Collection Corp.*, 2008 WL 4948446, 2008 U.S. Dist. LEXIS 96483 (N.D.Cal., Nov. 12, 2008) (discovery); *Anchondo v. Anderson, Crenshaw & Associates, L.L.C.*, 583 F.Supp.2d 1278

(D.N.M. 2008) (denied motion to dismiss); *Kelly v. Montgomery Lynch & Assocs.*, 2008 WL 4560744, 2008 U.S. Dist. LEXIS 79129 (Oct. 8, 2008) (attorneys fees); *Bretana v. International Collection Corp.*, 2008 WL 4334710, 2008 U.S. Dist. LEXIS 79334, (N.D.Cal. Sept. 2008) (discovery compeled); *Quiroz v. Revenue Production Management, Inc.*, 252 F.R.D. 438 (N.D.Ill. 2008) (class certification); *Jenkins v. General Collection Co.*, 2008 WL 4104677 (D.Neb., Aug. 28, 2008) (class certification); *Schwarm v. Craighead*, 2008 WL 3286797, 2008 U.S. Dist. LEXIS 70319 (E.D.Cal., Aug. 6, 2008) (damages); *Carroll v. United Compucred Collections, Inc.*, 2008 WL 3001595, 2008 U.S. Dist. LEXIS 67687 (M.D.Tenn., July 31, 2008) (attorneys fees); *Camacho v. Bridgeport Financial, Inc.*, 2008 WL 2951290, 2008 U.S. Dist. LEXIS 61652 (N.D.Cal., July 24, 2008) (attorneys fees after remand from 9th Cir.); *del Campo v. Am. Corrective Counseling Servs.*, 2008 U.S. Dist. LEXIS 79706 (July 21, 2008) (confidentiality de-designation); *Acik v. I.C. System, Inc.*, 251 F.R.D. 332 (N.D.Ill. 2008) (class certification); *Bretana v. International Collection Corp.* 2008 WL 2264555, 2008 U.S. Dist. LEXIS 79203 (N.D.Cal., June 2, 2008) (denying motion to dismiss and striking Rule 68 offer) (Not for Publication); *Del Campo v. American Corrective Counseling Services*, 2008 WL 2038047 (N.D.Cal. May 12, 2008) (compel discovery); *Schwarm v. Craighead*, 552 F.Supp.2d 1056 (E.D.Cal. 2008) (summary Judgment); *Kelly v. Montgomery Lynch & Assocs.*, 2008 WL 1775251, 2008 U.S. Dist. LEXIS 30917 (N.D. Ohio, Apr. 15, 2008) (granting summary judgment in part); *Starr v. Hameroff Law Firm, PC*, 2008 WL 906822, 2008 U.S. Dist. LEXIS 26124 (D.Ariz., Mar. 31, 2008) (arbitration denied); *Giblin v. Revenue Prod. Mgmt.*, 2008 U.S.Dist.LEXIS 22854 (N.D.Ill., Mar. 24, 2008); *Hunt v. Check Recovery Sys.*, 2008 U.S. Dist. LEXIS 81884 (N.D.Cal., Mar. 21, 2008) (granting stay); *Sampaio v. People First Recoveries, LLC*, 2008 WL 509255, 2008 WL 509255, 2008 U.S. Dist. LEXIS 17110 (S.D.Fla., Feb. 19, 2008) (struck offer of judgment); *Jenkins v. General Collection Co.*, 538 F.Supp.2d 1165 (D.Neb. 2008) (Defendants' motion for summary judgment denied); *Martsolf v. JBC*

Legal Group, P.C., 2008 WL 275719, 2008 U.S. Dist. LEXIS 6876 (M.D.,Pa., Jan. 30, 2008) (summary judgment granted in part); Kelly v. Montgomery Lynch & Assocs., 2007 WL 4562913, 2007 U.S. Dist. LEXIS 93656 (N.D.Ohio, Dec. 19, 2007) (class certified); Kelly v. Montgomery Lynch & Assocs., 2007 WL 4412572, 2007 U.S. Dist. LEXIS 93651 (N.D.Ohio, Dec. 13, 2007) (discovery compelled); del Campo v. American Corrective Counseling Services, Inc., 2007 WL 4287335 (N.D.Cal., Dec. 5, 2007) (discovery); Jenkins v. General Collection Co., 246 F.R.D. 600 (D,Neb. 2007) (striking offer of judgment); Posso v. Asta Funding, 2007 U.S. Dist. LEXIS 83741 (N.D.Ill., Nov. 9, 2007); del Campo v. American Corrective Counseling Services, Inc., 2007 WL 3306496, 2007 U.S. Dist. LEXIS 87150 (N.D.Cal., Nov. 6, 2007) (dedesignation of discovery and sanctions); Starr v. Hameroff, 2007 WL 3231988, 2007 U.S. Dist. LEXIS 80923 (D.Ariz., Oct. 31, 2007(Report and Recomendation to deny motion to compel arbitration); McKinney v. Cadleway Prop Inc., 2007 U.S. Dist. LEXIS 79786 (N.D.Ill. 2007) (attorneys fees award); Day v. Check Brokerage Corp., 511 F. Supp. 2d 950 (N.D.Ill. 2007) (summary Judgment); Palmer v. Stassinos, 2007 WL 2288119, 2007 U.S. Dist. LEXIS 59856 (N,D,Cal., Aug. 7, 2007) ($5000 sanction awarded against debt collector for failure to comply with Order); Hunt v. Check Recovery Sys., 2007 WL 2220972, 2007 U.S. Dist. LEXIS 58800 (N.D.Cal., Aug. 1, 2007) (class notice and costs); Campos v. Western Dental Sevices, Inc., 2007 WL 2050976 (N.D.Cal., July 13, 2007) ("The court further finds that $300 an hour for Mr. Wilcox and $465 an hour for Mr. Bragg are reasonable rates for attorneys with their equivalent years of experience."); Jerman v. Carlisle, 502 F.Supp.2d 686 44731 (N.D.Ohio 2007) (summary judgment granted on defendants BFE defense); Gonzales v. Arrow Fin. Servs. LLC, 489 F.Supp.2d 1140 (S.D.Cal. 2007) (summary judgment granted for plaintiff); Abad v. Williams, Cohen & Gray, Inc. 2007 WL 1839914, 2007 U.S. Dist. LEXIS 46318 (N.D.Cal., June 25, 2007) (attorneys fees); McKinney v. Cadleway Prop Inc., 2007 WL 1667390, 2007 U.S. Dist. LEXIS 41588 (N.D.Ill., June 8, 2007) (attorneys fees award); Palmer v. I.C.

Systems, Inc., 2007 WL 1655569, 2007 U.S. Dist. LEXIS 43764 (N.D.Cal., June 7, 2007); Rannis v. Fair Credit Lawyers, Inc., 489 F.Supp.2d 1110 (C.D.Cal. 2007) (CROA summary judgment ruling); Kreek v. Phycom Corp., 2007 WL 1229315, 2007 U.S. Dist. LEXIS 30652 (N.D.Cal., April 26, 2007); del Campo v. American Corrective Counseling Servs., 2007 U.S. Dist. LEXIS 24861 (N.D.Cal., Mar. 22, 2007) (confidentiality designation); Hunt v. Check Recovery Sys., 478 F.Supp.2d 1157 (N.D.Cal. 2007) (summary judgment); Hunt v. Check Recovery Sys., 241 F.R.D. 505 (N.D.Cal. 2007) (class certified); Karnette v. Wolpoff & Abramson, 2007 WL 922288, 2007 U.S. Dist. LEXIS 20794 (E.D.Va., Mar. 23, 2007) (class certified); Rannis v. Fair Credit Lawyers, Inc., 2007 U.S. Dist. LEXIS 17856 (C.D.Cal., Mar. 12, 2007) (CROA class certified); Day v. Check Brokerage Corp., 240 F.R.D. 414 (N.D.Ill., Mar. 2, 2007) (class certified); Hamilton v. Am. Corrective Counseling Serv., 2007 U.S. Dist. LEXIS 11488 (N.D.Ind., Feb. 14, 2007) (class certified); del Campo, et al., v. American Corrective Counseling Services, 2007 U.S. Dist. LEXIS 12387 (N.D.Cal., Feb. 8, 2007); del Campo v. Kennedy, 491 F.Supp.2d 891 (N.D. Cal. 2006) (ACCS is a debt collector); del Campo v. Kennedy, 491 F.Supp.2d 891 (N.D.Cal. 2006) (dismissed due process claims but maintained FDCPA claims); McKinney v. Cadleway Props., Inc., 2006 U.S. Dist. LEXIS 87620 (N.D.Ill., Dec. 4, 2006); Jerman v. Carlisle, 464 F.Supp.2d 720 (N.D.Ohio 2006); Rosario v. Am. Corrective Counseling Servs., 2006 U.S. Dist. LEXIS 83135 (M.D.Fla., Nov. 15, 2006) (Eleventh Amendment Immunity); Warcholek v. Medical Collections Sys., 241 F.R.D. 291 (N.D.Ill. 2006) (class certified); Hamilton v. American Corrective Counseling Servs., 2006 U.S. Dist. LEXIS 75588 (N.D.Ind. Oct. 4, 2006) (granted defendants' motion to exclude expert); Karnette v. Wolpoff & Abramson, 444 F.Supp.2d 640 (E.D.Va. 2006) (motion to compel arbitration denied); Abels v. JBC Legal Group, P.C., 434 F.Supp.2d 763 (N.D.Cal. 2006) (defendants' motion to dismiss denied); Turner v. Shenandoah Legal Group, P.C., 2006 U.S. Dist. LEXIS 39341 (E.D.Va., June 12, 2006) (Report and Recommendation to deny defendants' motion to dismiss);

_Thweatt v. Law Firm of Koglmeier, Dobbins, Smith & Delgado, P.L.C._, 425 F.Supp.2d 1011 (D.Ariz. 2006) (motion to dismiss denied); _Abels v. JBC Legal Group, P.C._, 233 F.R.D. 645 (N.D.Cal. 2006) (defendants' motion to compel production of time records and retainer denied); _Schwarm v. Craighead_, 233 F.R.D. 655 (E.D.Cal. 2006) (class certified); _Gonzales v. Arrow Fin. Servs. LLC_, 233 F.R.D. 577 (S.D.Cal. 2006) (class certified); _Abels v. JBC Legal Group, P.C._, 2006 U.S. Dist. LEXIS 12486 (N.D.Cal., Jan. 18, 2006) (order denying without prejudice motion for leave to file second amended complaint); _Mcguire-Pike v. Ameri-Ck, Inc._, 2005 U.S. Dist. LEXIS 39134 (D.N.M., Dec. 30, 2005) (compel discovery); _Gacy v. Gammage & Burnham_, 2005 U.S. Dist. LEXIS 38081 (D.Ariz., Dec. 15, 2005) (class certification); _Campos v. Western Dental Servs._, 404 F.Supp.2d 1164 (N.D.Cal., 2005) (counterclaim dismissed, class certification denied without prejudice); _Abels v. JBC Legal Group, P.C._, 2005 U.S. Dist. LEXIS 41172 (N.D.Cal., Nov. 30, 2005) (order granting defendants' motion to dismiss in part); _Palmer v. I.C. Systems_, 2005 U.S. Dist. LEXIS 27946 (N.D.Cal., Nov. 8, 2005); _Wyatt v. Creditcare, Inc._, 2005 WL 2780684, 2005 U.S. Dist. LEXIS 25787 (N.D.Cal., Oct. 25, 2005) (class certification); _Cancio v. Financial Credit Network_, 2005 U.S. Dist. LEXIS 13626 (N.D.Cal;, July 6, 2005) (attorneys fees and costs awarded); _Abels v. JBC Legal Group, P.C._, 229 F.R.D. 152 (N.D.Cal. 2005) (leave to amend to add party granted); _Brumbelow v. Law Offices of Bennett & DeLoney_, 2005 WL 1566689 (D.Utah, June 21, 2005) (defendants' motion for summary judgment was denied due the existance of disputed issues of material fact) _Brumbelow v. Law Offices of Bennett & DeLoney_, 372 F.Supp.2d 615 (D.Utah 2005) (owners and operators of law firm are debt collectors subject to the FDCPA); _Mcguire-Pike v. Ameri-Ck, Inc._, 2005 U.S. Dist. LEXIS 39147 (D.N.M., Sept. 22, 2005); _Uyeda v. J.A. Cambece Law Office, P.C._, 2005 U.S. Dist. LEXIS 9271 (N.D.Cal., May 16, 2005) (motion to dismiss denied); _Abels v. JBC Legal Group, P.C._, 227 F.R.D 541 (N.D.Cal. 2005) (class certification granted); _Gray v. Florida First Financial Group, Inc._, 359 F. Supp. 2d 1316 (M.D.Fla.

2005) (attorneys fees awarded); *Martsolf v. JBC Legal Group, P.C.*, 2005 WL 331544, 2005 U.S. Dist. LEXIS 1802 (M.D.Pa., Feb. 7, 2005) (class certified).

11. I am one of the attorneys for Plaintiff, SILVA, in the above-captioned action.

12. I expended 24.6 hours in this matter. My paralegal Shannon Carter expended 0.3 hours in this matter. My contemporaneously kept records reflecting our services in this litigation are attached hereto as Exhibit "B."

13. The reasonable hourly rate for my services is $465.00 per hour. See: *Palmer v. Far West Collection Services, Inc.*, 2008 WL 5397140 (N.D. Cal., Dec. 18, 2008); *Campos v. Western Dental Services, Inc.*, 2007 WL 2050976, *1 (N.D. Cal., July 13, 2007) ("The court further finds that $300 an hour for Mr. Wilcox and $465 an hour for Mr. Bragg are reasonable rates for attorneys with their equivalent years of experience."); *Carroll v. United Compucred Collections, Inc.*, 2008 WL 3001595, 2008 U.S. Dist. LEXIS 67687 (M.D. Tenn., July 31, 2008) ($450/hr.); *Defenbaugh v. JBC & Assoc.*, 2004 U.S.Dist.LEXIS 16256, *17-20 (N.D. Cal., Aug. 10, 2004), *aff'd*, 2006 U.S. App. LEXIS 19930 (9th Cir., July 24, 2006) (Not for Publication) ($435/hr.).

14. The reasonable hourly rate for my paralegal's services is $115.00 per hour.

15. The lodestar calculation of attorney's fees for my services is (24.6 hours x $465.00/hour) $11,439.00. The lodestar calculation of attorney's fees for my paralegal's services is (0.3 hours x $115.00/hour) $34.50. The total lodestar calculation for my firm is $11,683.50.

16. My firm advanced litigation expenses in the amount of $210.00. Exhibit "C."

| | Hours | Rate | Total |
|---|---|---|---|
| O. Randolph Bragg | 24.6 | $465.00 | $11,439.00 |
| Shannon Carter | 0.3 | $115.00 | $34.50 |
| Expenses | | | $210.00 |
| | | | |
| **Totals:** | 24.9 | | $11,683.50 |

17. These requested attorney's fees and costs were reasonable and necessary to the litigation in this matter.

Executed at Chicago, Illinois on February 16, 2010

/s/ O. Randolph Bragg
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com