UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA CONCEICAO SILVA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and RAYMOND ALCIDE PATENAUDE, individually and in his official capacity,<br><br>Defendants. | CASE NO. C08-03019 JW PVT<br><br>[~~PROPOSED~~] ORDER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANTS PATENAUDE & FELIX, APC AND RAYMOND ALCIDE PATENAUDE |

Given that the party and the attorneys have consented, June D. Coleman, at Kronick Moskovitz Tiedemann & Girard, is substituted in as attorney of record for the Ellis Coleman Poirier LaVoie & Steinheimer law firm.

**IT IS SO ORDERED.**

Dated: May 19, 2010

_____
UNITED STATES DISTRICT JUDGE

939685.1

- 1 -

Case No. C08-03019 JW PVT

[PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANTS PATENAUDE & FELIX, APC AND RAYMOND ALCIDE PATENAUDE

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO